2:26-cr-00125-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
NOV 18 2026
JENNIFER P. LYONS, CLERK
BY
DEPUTY CLERK

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Ernesto Del Casal a/k/a Geno Deyro |
| **Address: (City & State Only)** | Biddeford, Maine |
| **Year of Birth and Age:** | 1969/57 years old |
| **Violations:** | Count 1: Possession with Intent to Distribute Controlled Substances within 1,000 feet of a school, in violation of Title 21, United States Code, Sections 841(a)(1) and 860. |
| **Penalties:** | Count 1: Imprisonment of not less than 10 years and not more than life, a fine not to exceed $20,000,000, or both. 21 U.S.C. §§ 841(b)(1)(A) and 860.<br><br>Count 1 is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count 1: Not less than 10 years and not more than life. 21 U.S.C. §§ 841(b)(1)(A) and 860. |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 5 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | DEA SA Michael Gagnon |
| **Detention Status:** | In state custody. Warrant requested. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| | |
|---|---|
| **AUSA:** | Shira Furman |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |